

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210

**Sarah Allison Thornton**
CLERK OF COURT

April 22, 2005

Fiona Kugar
United states District Court
Southern District of New York,
Office of the Clerk
300 Quaropas Street
White Plains, NY   10601

    Re:    <u>MJ05-224 JLA/05M627 Melonie Collins</u>

Dear Ms. Kugar,

Defendant Melonie Collins appeared before Magistrate Judge Alexander for a bail presentment on an appearance bond issued by Magistrate Judge Thomas Lisa Margaret Smith.  Enclosed please find:

1)    copy of appearance bond with original signature of Melisa Collins;

2)    copy of complaint;  and

3)    certified copy of the original docket.

                      Sincerely,

                      <u>/S/ Rex Brown</u>
                      Courtroom Clerk